**Baker&Hostetler** LLP

Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

David A. Carney
direct dial: 216.861.7634
dcarney@bakerlaw.com

January 16, 2025

**VIA ECF**

Maureen W. Gornik, Acting Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

*Re:* *Doe v. SSM Health Care Corporation*, Case No. 23-3138

Dear Ms. Gornik:

For nearly two years, in both the district court and before this Court, plaintiffs have argued the following class definition precludes removal of this action to federal court, precisely because of the definition's citizenship language: "During the fullest period allowed by law, all Missouri citizens who are, or were, patients of SSM Health Care Corporation, or any of its affiliates…" (App. 61-62; R. Doc. 1-1, at 37-38, ¶ 150.)

The district court analyzed and ruled on federal court jurisdiction on this class definition (Add. 13-18), and the parties are now asking this Court to do the same on appeal. (SSM Open. Br. 2-3, 14-24; Doe Br. 21-24 ("**Doe's Proposed Class is limited to Missouri citizens**"); SSM Rep. 3-9.)

On Monday, however, plaintiffs filed their actual motion for class certification in the City of St. Louis Circuit Court, and now have wholly abandoned that putative class definition. Plaintiffs have instead moved to certify the following class, which is not based on citizenship: "***All persons with an address in Missouri*** who, from August 8, 2017 to February 10, 2023, were patients of SSM . . ." (Ex. A, *Class Cert. Motion*, at pg. 1 (emphasis added).)

Under this Court's case law, this once again ambiguous class definition makes removal appropriate under the Class Action Fairness Act. *See Hood v. Glister-Mary Lee Corp.*, 785 F.3d 263, 266 (8th Cir. 2015) (holding "[a] court may not draw conclusions about the citizenship of class members based on things like their phone numbers and mailing addresses") (quotation omitted).

SSM Health is analyzing how to respond to plaintiff's shift in strategy. In the interim, SSM Health wanted to make the Court aware of this development. SSM Health is further willing to provide briefing to the Court regarding the effect plaintiff's reversal in course may have on this appeal, which on first blush is not clear. *Cf. Bryan v. Bellsouth Comm'ns, Inc.*, 492 F.3d 231, 240-41 (4th Cir. 2007) (questioning district court's holding that reversal of remand order meant "every order made in the state court is void ab initio," but not deciding "this difficult issue").

Respectfully submitted,

/s/ *David Carney*
DAVID CARNEY
*One of the attorneys for defendant SSM Health*
*Care Corporation*

cc. *All counsel of record (via ECF)*

# EXHIBIT A

JANE DOE, Individually and on behalf of
all others similarly situated,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**CASE NO. 2222-CC10014-01**

Plaintiff,

v.

**SSM HEATH CARE CORPORATION**
d/b/a SSM Health,

Defendant.

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Jane Doe, by and through counsel, and pursuant to Missouri Supreme Court Rule 52.08, respectfully moves the Court to certify this action as a class action on behalf of the following Class:

> All persons with an address in Missouri who, from August 8, 2017 to February 10, 2023, were patients of SSM and who logged into the MyChart Patient Portal, used the Bill Pay function on SSM's website, made an appointment on SSM's website, and/or filled out a Health Risk Assessment form on SSM's website.

Further, Plaintiff moves the Court to appoint her as Class Representative and her counsel as Class Counsel. In support of the Motion, Plaintiff submits the Memorandum in Support of Motion for Class Certification, her Affidavit, and the Affidavit of Foster C. Johnson and accompanying exhibits.

1

Dated: January 13, 2025

Respectfully submitted,

By: /s/ John F. Garvey
John F. Garvey #35879
Colleen Garvey #72809
Ellen A. Thomas #73043
**STRANCH, JENNINGS, & GARVEY, PLLC**
701 Market Street, Suite 1510
St. Louis, Missouri, 63101
Telephone: (314) 390-6750
Facsimile: (314) 255-5419
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

Lynn A. Toops*
**COHEN & MALAD, LLP**
One Indiana Square, #1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com

Foster C. Johnson*
Justin Kenney*
Kyle Poelker #65586
**AHMAD, ZAVITSANOS, & MENSING, PLLC**
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
fjohnson@azalaw.com
jkenney@azalaw.com
kpoelker@azalaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

2

Gary M. Klinger (*Admitted Pro Hac Vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Bryan L. Bleichner**
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*

Tiffany Marko Yiatras, #58197
**CONSUMER PROTECTION LEGAL,
LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Phone: (314) 541-0317
*tiffany@consumerprotectionlegal.com*

Terence R. Coates**
Dylan J. Gould**
**MARKOVITS, STOCK & DEMARCO,
LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon*
**The LYON LAW FIRM**
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*

*\*Motions for Admission pending*
*\*\*Motions for Admission to be filed*

3

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via the Court's electronic filing system on January 13, 2025 to all counsel of record.

*/s/ John F. Garvey*